**2003–0859.  Koukios v. Michael Ganson, L.P.A.**

Hamilton App. Nos. C–010659, C–010735 and C–020091. On motion for stay of the First District Court of Appeals decision entered on April 2, 2003. Motion denied.

Lundberg Stratton, J., would grant upon the posting of a $150,000 bond.

**2003–0908.  Luft v. Perry Cty. Lumber & Supply Co.**

Franklin App. No. 02AP–559, 2003-Ohio-2305. On motion for stay of court of appeals' judgment. Motion denied.

Moyer, C.J., would grant upon the posting of a $150,000 bond.

Lundberg Stratton, J., would grant upon the posting of a $115,000 bond.

## APPEALS ACCEPTED FOR REVIEW

**2003–0350.  State v. Reine.**

Montgomery App. No. 19157, 2003-Ohio-50. Discretionary appeal allowed and cause consolidated with 2003–0351, *State v. Barksdale*, Montgomery App. No. 19294, 2003-Ohio-43.

Resnick and F.E. Sweeney, JJ., dissent.

Cook, J., not participating.

**2003–0351.  State v. Barksdale.**

Montgomery App. No. 19294, 2003-Ohio-43. Discretionary appeal allowed and cause consolidated with 2003–0350, *State v. Reine*, Montgomery App. No. 19157, 2003-Ohio-50.

Resnick and F.E. Sweeney, JJ., dissent.

Cook, J., not participating.

**2003–0353.  Bergmeyer v. Auto Owners Ins. Co.**

Stark App. No. 2002CA00228, 2003-Ohio-133. Discretionary appeal allowed and cause held for the decision in 2002–0610, *Geren v. Westfield Ins. Co.*, Lucas App. No. L–01–1398, 2002-Ohio-1230; briefing schedule stayed.

Resnick, J., dissents.

Cook, J., not participating.

**2003–0408.  State v. Jackson.**

Cuyahoga App. Nos. 80937 and 81013, 2003-Ohio-158.

F.E. Sweeney, J., dissents.

Cook, J., not participating.

**2003–0449.  Kendrick v. Ford Motor Co.**

Stark App. No. 2002CA00209, 2003-Ohio-264.

Resnick and Pfeifer, JJ., dissent.

Cook, J., not participating.

**2003–0453.  Hazuka v. Ford Motor Co.**

Stark App. No. 2002CA00210, 2003-Ohio-258.

Resnick and Pfeifer, JJ., dissent.

Cook, J., not participating.

**2003–0454.  Wright v. Ford Motor Co.**

Stark App. No. 2002CA00211, 2003-Ohio-265.

Resnick and Pfeifer, JJ., dissent.

Cook, J., not participating.